1 PHILLIP A. TALBERT
United States Attorney
2 ANGELA L. SCOTT
VINCENZA RABENN
3 Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6

Attorneys for Plaintiff
7 United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          CASE NO. 5:17-mj-00046-JLT
                                               5:17-mj-00045-JLT
12                    Plaintiff,               5:17-mj-00043-JLT
                                               5:17-mj-00047-JLT
13              v.                             5:17-mj-00048-JLT
                                               5:17-mj-00044-JLT
14 TOMMIE THOMAS,                              5:17-mj-00050-JLT
   WILLIAM THOMAS,                             5:17-mj-00052-JLT
15 DANNY WILLIS,                               5:17-mj-00051-JLT
   GARY PIERSON,                               5:17-mj-00049-JLT
16 LADAIREUS JONES,
   BERNARD WARREN,
17 MANUEL CRUZ,                        [PROPOSED] ORDER TO UNSEAL COMPLAINT,
   LUIS FERNANDEZ,                     ARREST WARRANTS, AND AFFIDAVIT
18 BRYSHANIQUE ALLEN,
   MYRON DEWBERRY,
19
                      Defendant.
20

21       Upon application of the United States of America and good cause having been shown,

22       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

23 ordered unsealed.

24   IT IS SO ORDERED.

25   DATED:  December 12, 2017

26                                     _____
                                       Jennifer L. Thurston
27                                     U.S. Magistrate Judge

28


ORDER UNSEALING COMPLAINTS